UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM MADISON,

                              Petitioner,

-against-

CVS SECURITY GUARD, ET AL,

                             Respondents.

22-CV-4221 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 19, 2022
             New York, New York

                                                      /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                Chief United States District Judge